UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Trendy International Investment Limited and
Guangzhou Trendy Information Technology Co.,
Ltd.,

    Plaintiffs,

vs.

Domain Name <Ochirly.com>,

    Defendant.

Case No. 14-cv-04251 DMR

[~~PROPOSED~~] ORDER DIRECTING NON-PARTY VERISIGN INC TO PLACE DEFENDANT DOMAIN ON REGISTRY LOCK STATUS

    The Court GRANTS plaintiff's motion and ORDERS non-party Verisign, Inc. to "not transfer, suspend, or otherwise modify the domain name during the pendency of the action, except upon order of the court." 15 U.S.C. § 1125(d)(2)(D)(i)(I)-(II). Verisign must therefore promptly place the Defendant Doman on registry lock status until the termination of this action, unless otherwise ordered by this Court.

    IT IS SO ORDERED.

Date: October 9, 2014

_____
Magistrate Judge Donna M. Ryu

[~~PROPOSED~~] ORDER
Case No. 14-cv-04251 DMR

Rodenbaugh Law
548 Market Street
San Francisco, CA 94104
415.738.8087

1