UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENDY INTERNATIONAL INVESTMENT LIMITED ET AL,<br><br>          Plaintiff(s),<br><br>     v.<br><br>OCHIRLY.COM,<br><br>          Defendant(s).<br>_____/ | No. C-14-04251 DMR<br><br>**ORDER RE: MOTION TO DIRECT NON-PARTIES TO REVERT DEFENDANT DOMAIN'S NAMESERVERS [DOCKET NO. 11]** |

On October 28, 2014, Plaintiffs filed motion to direct non-parties eNom, Inc., and Verisign, Inc. to restore the nameservers of the domain name <ochirly.com> so that it again resolves to Plaintiffs' website. [Docket No. 11.] Plaintiffs note that "eNom has agreed to comply with [an order requiring eNom to restore the nameservers during the pendency of this action]" and that "Verisign has previously complied with the Court's order to lock the domain against transfer or deletion." Motion at 2.

Upon receipt of this order, Plaintiffs shall immediately serve copies of the motion on eNom and Verisign and file proofs of service with the court. The court notes that Federal Rule of Civil Procedure 6(d) does not apply here. Within 20 days of the date noted on the proof of service, eNom and Verisign may file either (1) oppositions to the motion or (2) notices of non-opposition to the motion. If the non-parties do not file a timely response, Plaintiffs' motion may be granted.

IT IS SO ORDERED.

Dated: November 5, 2014

DONNA M. RYU
United States Magistrate Judge